**Appeal Reinstated; Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 19, 2012.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-12-00358-CV

---

**YOLANDA SANDRIA SAQUI AND ROSALIN REYES RAMIREZ, EACH INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF MIGUEL ANGEL BARRAGAN SANDRIA, Appellants**

**V.**

**PRIDE INTERNATIONAL, INC., MEXICO DRILLING LIMITED, LLC, PRIDE CENTRAL AMERICA, LLC, PRIDE CENTRAL AMERICA, LLC (MEXICAN BRANCH) AND GULF OF MEXICO PERSONNEL SERVICES S. DE R.L.DE C.V., Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-01480**

---

## MEMORANDUM OPINION

On May 11, 2012, this court granted appellants' motion for stay and abated the appeal pending completion of the settlement of the underlying case. On July 6, 2012, the parties filed an agreed motion to dismiss the appeal from the order signed March 19,

2012, granting the motion to dismiss for forum nonconveniens filed by appellee, Pride Central America, LLC.[1] *See* Tex. R. App. P. 42.1. We order the appeal reinstated and grant the motion.

Accordingly, the appeal is ordered dismissed with prejudice.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.

---

[1] Appellants did not appeal the 2010 dismissal of their claims against the other appellees, but all appellees joined in the settlement agreement.